```
 1
 2
 3
 4
 5
 6
 7
 8                         IN THE UNITED STATES DISTRICT COURT
 9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10   MARCUS L. HUDSON,
11           Plaintiff,              No. CIV S-06-0100 MCE DAD P
12      vs.
13   TOM L. CAREY, et al.,
14           Defendants.             ORDER
15   _____/
```

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Although plaintiff has attached hundreds of pages of documents to a civil rights complaint form, plaintiff has not paid the required filing fee of $250.00 or submitted an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) and 1915(a). Plaintiff will be granted thirty days to pay the filing fee in full or submit a properly completed application to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, either the required filing fee of $250.00 or a properly completed application to proceed in forma pauperis on the form provided with this order; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

1

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: January 23, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
huds0100.3a