IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS L. HUDSON,

      Plaintiff,                          No. CIV S-06-0100 MCE DAD P

    vs.

TOM L. CAREY, et al.,

      Defendants.                <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action. By order filed November 16, 2006, plaintiff's complaint was dismissed with leave to amend. In response to the order, plaintiff has filed a handwritten document titled "Amended Complaint."

        The November 16, 2006 order required plaintiff to submit his amended complaint on a form. The handwritten document submitted by plaintiff in lieu of a form complaint is incomplete and does not comply with the court's order.

        In addition, the amended complaint is devoid of factual allegations concerning plaintiff's medical care. Although plaintiff was instructed to allege in specific terms how each named defendant was involved in the alleged deprivation of plaintiff's rights, plaintiff has failed to allege any facts concerning defendants' actions. The amended complaint fails to give fair notice to any defendant and fails to state any claim upon which relief may be granted.

1

Plaintiff's amended complaint will be dismissed with leave to file a second amended complaint. This will be plaintiff's final opportunity to submit a proper pleading that states federal claims upon which relief can be granted. The second amended complaint must be submitted on the form provided with this order. All parts of the form must be completed. Plaintiff must allege facts concerning the way in which each defendant violated his rights. Allegations should include dates and details about the specific actions of each defendant.

IT IS ORDERED that:

1. Plaintiff's amended complaint filed December 18, 2006, is dismissed with leave to amend.

2. Plaintiff is granted thirty days from the date of this order to file a second amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, the order filed November 16, 2006, and this order; the second amended complaint must be submitted on the form provided with this order, must bear the case number assigned to this case and must be labeled "Second Amended Complaint"; failure to file a second amended complaint that complies with this order will result in a recommendation that this action be dismissed without prejudice.

3. The Clerk of the Court is directed to send plaintiff a copy of the form to be used by a prisoner proceeding with a civil rights action under 42 U.S.C. § 1983; the in forma pauperis application shall be removed from the form packet as unnecessary.

DATED: December 22, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
huds0100.14s