IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS L. HUDSON,

    Plaintiff,                        No. CIV S-06-0100 MCE DAD P

    vs.

TOM L. CAREY, et al.,

    Defendants.                  <u>ORDER</u>

        The court has received plaintiff's notice of change of address and letter stating he is unable to comply with court orders due to lack of access to his legal property. The letter will be construed as a request for extension of time to file a second amended complaint pursuant to the court's order of December 22, 2006. Good cause appearing, IT IS ORDERED that:

        1. Plaintiff's January 10, 2007 request for extension of time is granted; and

        2. Plaintiff's second amended complaint shall be placed in the mail to the court on or before February 23, 2007.

DATED: January 16, 2007.

                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
huds0100.36