1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARCUS L. HUDSON,

11          Plaintiff,                    No. CIV S-06-0100 MCE DAD P

12      vs.

13   TOM L. CAREY, et al.,

14          Defendants.              ORDER

15   _____/

16          Plaintiff has requested an extension of time to file his objections to the March 7,

17   2007 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

18          1.  Plaintiff's March 16, 2007 request for an extension of time is granted; and

19          2.  Plaintiff is granted thirty days from the date of this order in which to file his

20   objections to the March 7, 2007 findings and recommendations.

21   DATED: April 3, 2007.

22

23   _____
     DALE A. DROZD
24   UNITED STATES MAGISTRATE JUDGE

25   DAD:bb
     huds0100.36f&r
26