1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARCUS L. HUDSON,                          No. 2:06-cv-0100-MCE-DAD-P

12              Plaintiff,

13       v.                                     ORDER

14   TOM L. CAREY, et al.,

15              Defendants.

16   _____/

17       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20       On March 7, 2007, the magistrate judge filed findings and recommendations herein which

21   were served on plaintiff and which contained notice to plaintiff that any objections to the findings

22   and recommendations were to be filed within twenty days.  On April 4, 2007, plaintiff was

23   granted an additional thirty days to file objections.  The time period has now expired and plaintiff

24   has not filed objections to the findings and recommendations.

25   ///

26   ///

                                                1

1    The court has reviewed the file and finds the findings and recommendations to be

2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

3  ORDERED that:

4         1.  The findings and recommendations filed March 7, 2007, are adopted in full; and

5         2.  This action is dismissed without prejudice.  <u>See</u> Local Rule 11-110; Fed. R. Civ. P.

6  41(b).

7
  Dated:  May 16, 2007

8

9                                   _____
                                    MORRISON C. ENGLAND, JR.

10                                  UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26